AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 07 CR 846 (S-1) (NRB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT BERNARD HUI TO REPRESENT HIM IN THE CAPTIONED CRIMINAL CASE.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/10/2007 | *Signature* |
| Date | |
| | EPHRAIM SAVITT, ESQ.    ES-3596 |
| | Print Name    Bar Number |
| | 260 MADISON AVENUE, SUITE 2200 |
| | Address |
| | NEW YORK,    NEW YORK    10016 |
| | City    State    Zip Code |
| | (212) 679-4470    (212) 679-1844 |
| | Phone Number    Fax Number |