# EPHRAIM SAVITT
*Attorney at Law*

260 MADISON AVENUE  
22ND FLOOR  
NEW YORK, NEW YORK 10016

(212) 679-4470  
FAX: (212) 679-1844

November 1, 2007

BY TELEFAX (212) 805-7927 & ECF  
Honorable Naomi Reice Buchwald  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, New York 10007

        Re:   United States v. Michael Lee and Bernard Hui.  
                07 CR 846 (HRB)

Dear Judge Buchwald,

    With the consent of the government, by AUSA Jonathan New, I respectfully request that my client Bernard Hui be permitted to travel with his family to Newington, CT to visit his wife's uncle Michael Lew on Saturday, November 3, 2007 for the day. Mr. Lew's address is 219 Audubon Avenue, Newington CT 06111 and Mr. Hui's cellphone number is 917-929-2410. Pretrial Service Officer Clay Smith has no objection to this request.

    I thank Your Honor for your courtesy and consideration.

                                            Respectfully submitted,

                                            Ephraim Savitt

ES:mlo

cc:   AUSA Jonathan New  
      Pretrial Officer Clay Smith  
      Bernard Hui