# EPHRAIM SAVITT
*Attorney at Law*

260 MADISON AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10016

(212) 679-4470
FAX: (212) 679-2844

November 1, 2007

BY TELEFAX (212) 805-7927 & ECF
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

NOV - 2 2007

UNITED STATES DISTRICT JUDGE

Re: United States v. Michael Lee and Bernard Hui,
07 CR 846 (HRB)

Dear Judge Buchwald,

With the consent of the government, by AUSA Jonathan New, I respectfully request that my client Bernard Hui be permitted to travel with his family to Newington, CT to visit his wife's uncle Michael Lew on Saturday, November 3, 2007 for the day. Mr. Lew's address is 219 Audubon Avenue, Newington CT 06111 and Mr. Hui's cellphone number is 917-929-2410. Pretrial Service Officer Clay Smith has no objection to this request.

I thank Your Honor for your courtesy and consideration.

Respectfully submitted,

Ephraim Savitt

Ephraim Savitt

*Application granted. So Ordered.*
*Naomi Reice Buchwald, USDJ*
*11/2/07*

ES:mlo

cc: AUSA Jonathan New
    Pretrial Officer Clay Smith
    Bernard Hui

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/07