# KENNETH J. ARONSON
### ATTORNEY AT LAW
270 MADISON AVENUE
13TH FLOOR
NEW YORK, N.Y. 10016

VIVIAN SHEVITZ
COUNSEL

TELEPHONE: (212) 573-8920
FAX: (212) 297-0527

JAN 16 2008

January 16, 2008

Via Facsimile 212-805-7927

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    United States v. Michael Lee and Bernard Hui
       Docket No. 07 Cr. 846 (NPB)

Your Honor:

    I write this letter as counsel to defendant Michael Lee and on behalf of Ephraim Savitt, Esq.,
the attorney for defendant Bernard Hui. It is requested by the defense that the conference scheduled
before this Court on January 17th at 4:00 p.m. be adjourned to Friday, February 15, 2008, at 4:15 p.m.
Further, the defendants request that the period of time from January 17th to February 15, 2008, be
excluded for speedy trial purposes. Also, A.U.S.A. Jonathan B. New consents to this application.

    Thank you for considering these requests.

*So Ordered.*

Respectfully yours,

Kenneth J. Aronson

KJA/kis

cc:    Jonathan B. New, Esq.
       Assistant United States Attorney
       One St. Andrew's Plaza
       New York, NY 10007
       Via Facsimile 212-637-0097

       Ephraim Savitt, Esq.
       260 Madison Avenue, 22nd Floor
       New York, NY 10016
       Via Facsimile 212-679-6770

