# EPHRAIM SAVITT
### Attorney at Law

260 MADISON AVENUE
SUITE 2200
NEW YORK, NEW YORK 10016

(212) 679-4470
Fax: (212) 679-6770
EPHRAIM@SAVITTESQ.COM

February 13, 2008

**BY TELEFAX (212) 805-7927**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

FEB 1 3 2008
UNITED STATES DISTRICT JUDGE

Re: <u>United States v. Michael Lee and Bernard Hui,</u>
07 CR 846 (HRB)

Dear Judge Buchwald,

With the government's consent, by AUSA Jonathan New, I respectfully ask the Court to modify my client Bernard Hui's bail travel restrictions to allow him to travel, in the period February 17-24, 2008 to the Houston Texas area in order to visit his parents for the Chinese New Year.

I thank Your Honor for your courtesy and consideration.

Respectfully submitted,

Ephraim Savitt

*So Ordered.*
[signed] 2/13/08

ES:mlo

cc: AUSA Jonathan New
    Pretrial Officer Clay Smith
    Bernard Hui