# EPHRAIM SAVITT
*Attorney at Law*

260 MADISON AVENUE
SUITE 2200
NEW YORK, NEW YORK 10016

(212) 679-4470
FAX: (212) 679-6770
EPHRAIM@SAVITTESQ.COM

February 13, 2008

BY TELEFAX (212) 805-7927 & ECF
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  United States v. Michael Lee and Bernard Hui,
     07 CR 846 (HRB)

Dear Judge Buchwald,

I write this letter as counsel for defendant Bernard Hui and on behalf of Kenneth J. Aronson, attorney for defendant Michael Lee, to request an adjournment of the conference scheduled for Friday, February 15, 2008 at 4:15 p.m. to Friday March 20, 2008 at 4 p.m. Both defendants agree that the time period from February 15 to March 20, 2008 should be excluded for Speedy Trial purposes in order to permit continued plea discussions and in the interest of justice.

The government, by AUSA Jonathan New, consents to this application.

I thank Your Honor for your courtesy and consideration.

Respectfully submitted,

Ephraim Savitt

ES:mlo

cc:  AUSA Jonathan New
     Pretrial Officer Clay Smith
     Bernard Hui