UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

                Plaintiff,

        -against-                         07 CR 846 (HRB)

BERNARD HUI

                Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __EPHRAIM SAVITT, ESQ__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    __ES 3596__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* __TRINITY BUILDING, 111 BROADWAY, SUITE 701, NEW YORK, NY 10006__

☒ *Telephone Number:* __212-679-4470__

☒ *Fax Number:* __212-679-6770__

☒ *E-Mail Address:* __Ephraim@SavittEsq.com__

Dated: __2/21/08__

                                                  */s/ Ephraim Savitt*