

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 19, 2008

BY FAX
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re:  United States v. Michael Lee, et al.,
      07 Cr. 846 (NRB)

Dear Judge Buchwald:

   The Government, on consent, respectfully requests that the Court reschedule the next pretrial conference in this matter for March 31, 2008, or at another date and time convenient for the Court, and that the time between today and the next conference be excluded from calculations under the Speedy Trial Act. In the interim, the parties expect to finalize discussions concerning a possible disposition of the case.

           Respectfully submitted,

           MICHAEL J. GARCIA
           United States Attorney

      By:  _____
         Jonathan B. New
         Assistant U.S. Attorney
         (212) 637-1049

[Handwritten margin note: The conference is adjourned until March 31, 2008 at 4 p.m. So Ordered. [signature] 3/20/08]

cc: Kenneth Aronson, Esq.
   Ephraim Savitt, Esq.

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 3/24/08]

TOTAL P.02