# EPHRAIM SAVITT
*Attorney at Law*

TRINITY BUILDING
111 BROADWAY - SUITE 701
NEW YORK, NEW YORK 10006

(212) 679-4470
FAX: (212) 679-6770
EPHRAIM@SAVITTESQ.COM

March 26, 2008

BY TELEFAX (212) 805-7927
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Michael Lee and Bernard Hui</u>
07 CR 846 (HRB)

Dear Judge Buchwald,

    I write this letter as counsel for defendant Bernard Hui and on behalf of Kenneth J. Aronson, attorney for defendant Michael Lee, to request an adjournment of the conference scheduled for Monday March 31, 2008 at 4 p.m. to a date in late April (after Passover) or early May that is convenient for the Court and counsel. Both defendants agree that the time period from March 31, 2008 to this new date should be excluded for Speedy Trial purposes.

    The reason for this request is a preexisting commitment to CJA panel day as well as conflict with the sentencing of another client in EDNY. Both defendants are also in the final stages of working out a global plea agreement.

    The government, by AUSA Jonathan New, consents to this application.

    I thank Your Honor for your courtesy and consideration.

Respectfully submitted,

Ephraim Savitt

*[Handwritten annotation: The conference is adjourned until May 7, 2008 at 4:00 p.m. So Ordered. 3/27/08]*

ES:mlo

cc: AUSA Jonathan New
    Kenneth Aronson, Esq.
    Pretrial Officer Clay Smith
    Bernard Hui


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08