# KENNETH J. ARONSON
### ATTORNEY AT LAW
270 MADISON AVENUE  
13TH FLOOR  
NEW YORK, N.Y. 10016

VIVIAN SHEVITZ  
COUNSEL

TELEPHONE: (212) 573-8920  
FAX: (212) 297-0527

**MEMO ENDORSED**

May 28, 2008

Via Facsimile 212-805-7927

Hon. Naomi Reice Buchwald  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

MAY 29 2008

Re: United States v. Michael Lee and Bernard Hui  
Docket No. 07 Cr. 846 (NPB)

Your Honor:

I write this letter as counsel to defendant Michael Lee and on behalf of Ephraim Savitt, Esq., the attorney for defendant Bernard Hui. It is requested by the defense that the conference scheduled before this Court on June 2 at 4:00 p.m. be adjourned to Thursday, July 10, 2008, at 4:00 p.m. Further, the defendants request that the period of time from June 2 to July 10, 2008, be excluded for speedy trial purposes. Also, Assistant United States Attorney Jonathan B. New consents to this application.

Thank you for considering these requests.

Respectfully yours,

Kenneth J. Aronson

KJA/kls

cc: Jonathan B. New, Esq.  
Assistant United States Attorney  
One St. Andrew's Plaza  
New York, NY 10007  
Via Facsimile 212-637-0097

Ephraim Savitt, Esq.  
260 Madison Avenue, 22nd Floor  
New York, NY 10016  
Via Facsimile 212-679-6770

