EPHRAIM SAVITT
*Attorney at Law*

**MEMO ENDORSED**

TRINITY BUILDING
111 BROADWAY · SUITE 701
NEW YORK, NEW YORK 10006

(212) 679-4470
FAX: (212) 679-6770
EPHRAIM@SAVITTESQ.COM

August 5, 2008

FILED IN CHAMBERS
NAOMI REICE BUCHWALD
AUG - 6 2008
UNITED STATES DISTRICT

BY TELEFAX (212) 805-7927
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Michael Lee and Bernard Hui.
07 CR 846 (HRB)

Dear Judge Buchwald,

With the consent of the government, by AUSA Jonathan New, and the Pretrial Services office, by P.O. Clay Smith, I respectfully request that the Court modify my client Bernard Hui's travel restrictions to permit travel to California during the period August 19-31, 2008 to visit his sister and her family. He has always complied faithfully with his bail conditions and reporting requirements. He already signed a plea agreement and his next Court appearance on September 9th is for the purpose of entering a plea pursuant to that agreement.

I thank Your Honor for your courtesy and consideration.

Respectfully submitted,

Ephraim Savitt / mlo

Ephraim Savitt

ES:mlo

cc: AUSA Jonathan New
P. O. Clay Smith
Bernard Hui

MEMO ENDORSED

So ordered. Naomi Reice Buchwald USDJ 8/6/08.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 8/6/08